JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BERT L. CASAGRANDE, by and through his Successor in Interest, Patricia M. Levenda, PATRICIA M. LEVENDA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>HAWTHORN SENIOR LIVING, LLC dba The Palms at La Quinta; and Does 1 through 200, inclusive,<br><br>Defendants.<br><br>JAMES CASAGRANDE, ROBERT CASAGRANDE, MARILEE CASAGRANDE-KING<br><br>Nominal Defendants. | Case No. 5:21-cv-00214-JGB (KKx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

///

///

///

///

///

///

1

1  Pursuant to the Joint Stipulation of the parties, the Court hereby orders that this
2  entire action, brought by Plaintiffs, BERT L. CASAGRANDE, by and through his
3  Successor in Interest, Patricia M. Levenda, and PATRICIA M. LEVENDA, is Dismissed
4  With Prejudice, including all claims herein stated against Defendants, with each party to
5  bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 13, 2021

Jesus G. Bernal
United States District Judge
Central District of California